HAZEL ELLIS, Appellant, *v.* CITY OF GENEVA, Respondent.
FRANK ELLIS, Appellant, *v.* CITY OF GENEVA, Respondent.

Submitted February 24, 1941; decided March 4, 1941.

*Albert G. Kirby, City Attorney,* for motions to dismiss appeals and in opposition to motions for leave to prosecute appeals as poor persons.

*Joseph J. Spillane* for motions for leave to prosecute appeals as poor persons and in opposition to motions to dismiss appeals.

Motions to dismiss appeals denied, with ten dollars costs.

Motions for leave to prosecute appeals as poor persons granted.